☑ Original 



CLERK'S OFFICE
A TRUE COPY
Jul 29, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with Reddit Inc.com account users POPPY_SEED_T, TRAPLORD92, and CALLMEBIGPOPPY_187, as described in Attachment A.

)
)
)
)
)
)

Case No. **22-M-520 (SCD)**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____

*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    8-12-22    *(not to exceed 14 days)*

❏ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Stephen C. Dries    .

*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for ____ days *(not to exceed 30)*    ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:    7-29-22 8:55 am    *Stephen C. Dries*

*Judge's signature*

City and state:    Milwaukee, WI    Stephen C. Dries, U.S. Magistrate Judge

*Printed name and title*

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

## Certification

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Reddit accounts **poppy_seed_T, traplord92, and callmebigpoppy_187**, https://www.reddit.com/user/poppy_seed_T/ , https://www.reddit.com/user/traplord92/ , https://www.reddit.com/user/callmebigpoppy_187 (the "Accounts") that are stored at premises owned, maintained, controlled, or operated by Reddit, Inc., a company headquartered at 548 Market Street, #16093, San Francisco, CA 94104-5401.

Case 2:22-mj-00520-SCD   Filed 07/29/22   Page 3 of 31   Document 1

# ATTACHMENT B

## Particular Things to be Seized

### I. Information to be disclosed by Reddit, Inc. ("the Provider")

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to the Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

A. All contact and personal identifying information, including for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

B. Additional Reddit.com accounts that were registered to the email address and/or phone number(s) utilized to establish the account;

C. All usernames (past and current) and the date and time each username was active, all associated accounts (including those linked by machine cookie, IP address, email address, or any other account or device identifier), and all records or other information about connections with third-party websites and mobile apps (whether active, expired, or removed);

D. All activity logs for the account and all other documents showing the user's posts, comments, and other Reddit activities;

E. All photos and videos uploaded or received by that user ID, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

F. All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Reddit user identification numbers; groups and networks of which the user is a member, including the groups' Reddit group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Reddit applications;

16

G. All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

H. All records and/or contents of all posts, including the content of all posts, comments, and subreddits created, drafted, favorited/liked, upvoted/downvoted, or reposted by the Account, and all associated multimedia, metadata, and logs, including deleted comments and messages deleted by the user or the moderator;

I. All records and/or contents of all messages sent from, received by, stored in draft form in, or otherwise associated with the Account, including all attachments, multimedia, header information, metadata, and logs, including any deleted messages deleted by the user or the moderator;

J. All "check ins" and other location information;

K. All IP logs, including all records of the IP addresses that logged into the account;

L. All records of the account's usage of the "Like" feature, including all Reddit posts and all non-Reddit webpages and content that the user has "liked";

M. All information about the Reddit pages that the account is or was a "fan" of;

N. All past and present lists of friends created by the account;

O. All records of Reddit searches performed by the account ;

P. All information about the user's access and use of Reddit Marketplace;

Q. The types of service utilized by the user;

R. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

S. All privacy settings and other account settings, including privacy settings for individual Reddit posts and activities, and all records showing which Reddit users have been blocked by the account;

T. All records pertaining to communications between Reddit and any person regarding the user or the user's Reddit account, including contacts with support services and records of actions taken.

U. All other content, records, and other information relating to all other interactions between the Account and other Reddit users including but not limited to:

1.      All users the Account has followed, unfollowed, muted, unmuted, blocked, or unblocked, and all users who have followed, unfollowed, muted, unmuted, blocked, or unblocked the Account;

2.      All contacts and related sync information; and

3.      All associated logs and metadata;

V.  All other content, records, and other information relating to the use of the Account, including but not limited to:

a.   All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

b.   All multimedia uploaded to, or otherwise associated with, the Account;

c.   All records of searches performed by the Account

d.   All location information and location data collected from the Account.

Reddit is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

18

## II.     Information to be seized by the government

All information described above in Section I that constitutes evidence, and/or

instrumentalities of violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846, those violations

involving ANTONY GRAZIANO, including, for each account listed in Attachment A,

information pertaining to the following matters:

(a)     Communication between u/poppy_seed_T and the r/poppyseed subreddit, communication between u/poppy_seed_T all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(b)     Communication between u/trapdaddy92 and the r/poppyseed subreddit, communication between u/trapdaddy92 all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(c)     Communication between u/callmebigpoppy_187 and the r/poppyseed subreddit, communication between u/callmebigpoppy_187 all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(d)     Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(e)     Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(f)     The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

(g)     The identity of the person(s) who communicated with the Account about matters relating to the possession of unwashed poppyseeds, the plan to manufacture those seeds into an illegal controlled substance, the plan to sell those unwashed poppyseeds with the intention that the buyers use them to manufacture and illegal controlled substance, and the records that help reveal their approximate whereabouts.

Case 2:22-mj-00520-SCD   Filed 07/29/22   Page 7 of 31   Document 1

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.



CLERK'S OFFICE
A TRUE COPY
Jul 29, 2022
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Information associated with Reddit Inc.com account users POPPY_SEED_T, TRAPLORD92, and CALLMEBIGPOPPY_187, as described in Attachment A.

) ) ) ) ) )

Case No. **22-M-520 (SCD)**

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §§ 843(a)(7) and 846 | Distribution of chemicals or materials knowing or intending that they be used to manufacture a controlled substance, and conspiracy to do the same. |

The application is based on these facts:

See Affidavit in Support of Application and Search Warrant, incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

BRYAN AYERS  Digitally signed by BRYAN AYERS
Date: 2022.07.28 12:01:37 -05'00'

*Applicant's signature*

Bryan Ayers, SA-DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

Telephone *(specify reliable electronic means)*.

Date: 7-29-22

*Judge's signature*

City and state: Milwaukee, WI

Honorable Stephen C. Dries

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Bryan Ayers, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with Reddit.com account users ***Poppy_seed_T, Traplord92, and Callmebigpoppy_187*** that is stored at premises owned, maintained, controlled, or operated by Reddit Inc. ("Reddit"), an electronic communications service and/or remote computing service provider headquartered at 520 3rd Street, San Francisco, CA 94107.

2.     The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Reddit to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.     I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since April 2021. Since June of 2021, I have been assigned to the DEA Milwaukee District Office. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and why criminal actors typically conduct various aspects of their criminal activities. Additionally, I

know from training and experience that the complete contents of online accounts may be important to establishing the actual user who has dominion and control of an online account at a given time. Online accounts may be registered in false names or screen names from anywhere in the world with little to no verification by the service provider. They may also be used by multiple people. So, information stored in connection with an online account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation. This helps establish and prove each element of the crime or alternatively, may exclude the innocent from further suspicion. In my training and experience, an online user's account activity, IP log, location information, search history, stored electronic communications, and other data retained by providers, can indicate who has used or controlled an online account or can provide context for the crime under investigation.

4.     This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846 have been committed by **Antony M GRAZIANO** (xx/xx/92). There is also probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

### <u>JURISDICTION</u>

6.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## APPLICABLE STATUTES

7.     Pursuant to 21 U.S.C. § 812 of the Controlled Substances Act (CSA), opium poppy, poppy straw, opium and opiates (including their salts and derivatives) are Schedule II Controlled Substances. Controlled substances that are often found in opium poppy and poppy straw also include morphine, codeine, and thebaine.

8.     21 U.S.C. § 802(19) defines "opium poppy" as "the plant of the species Papaver somniferum L., except the seed thereof."

9.     21 U.S.C. § 802(20) defines "poppy straw" as "all parts, except the seeds, of the opium poppy, after mowing."

10.    Because the definitions of "opium poppy" and "poppy straw" under 21 U.S.C. § 802(19) and (20) specifically exclude the seeds of the poppy plant, poppy seeds are excluded from control under the CSA. But the CSA does not exclude poppy seeds that contain opium alkaloids (such as morphine, codeine, and thebaine), or those that are sold along with poppy straw.

11.    21 U.S.C. § 843(a)(7) makes it unlawful to manufacture, distribute, export or import any "material which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance or listed chemical."

## PROBABLE CAUSE

12.    Poppy seeds are a naturally derived product originating from a flowering plant known as papaver soniferum (poppy plant). Poppy seeds themselves do not possess any opium content. But opium alkaloids (such as morphine, codeine, and thebaine) are found in the poppy latex, which is a milky white fluid that excludes from the poppy when it is cut. Opium alkaloids are also found in other parts of the poppy plant – known in the CSA as the "poppy straw."

3

13.     Harvesters who wish to increase opium-alkaloid content on the poppy seed coats make cuts in the opium pods before they ripen, which allows latex to seep onto the seed coats. Additionally, sellers of poppy seeds who wish to increase opium-alkaloid content in their product often sell poppy seeds combined with poppy straw.

14.     Because the way poppy seeds are harvested can cause increased opium alkaloid content, the vast majority of poppy seeds sold and consumed in the United States are washed and processed. Washing, soaking and applying heat treatments is effective in significantly reducing and/or eliminating the opium alkaloids present on the seed coats.

15.     In contrast, the surface of unwashed poppy seeds are typically contaminated with opium alkaloids. Unwashed poppy seeds are, therefore, abused by individuals who are seeking to obtain a "high." Individuals who wish to create a drug from unwashed poppy seeds typically soak the seeds in water to create a tea ("poppy seed tea" or "pst"). The making of the "tea" extracts the opium alkaloids from the seeds' surface and any surrounding poppy straw.

16.     Unwashed poppy seeds were associated with at least 12 overdose deaths in the United States as of November 2019.

17.     On May 18, 2021, an individual was found deceased, via overdose, in Shorewood, Wisconsin. The medical examiner found morphine and thebaine in the deceased's system and concluded that the cause of death was acute morphine intoxication and that the injury occurred because the decedent "consumed very large amount of poppy seed tea." A further investigation into the overdose revealed that the decedent received a package from GRAZIANO on May 13, 2021. The package was delivered via UPS.

18.     Information obtained from UPS and Stamps.com showed that GRAZIANO is sending hundreds of packages of unwashed and unprocessed poppy seeds throughout the United

States through the websites https://www.fireseedbakerysupply.com/ and Qualityingredientsus.com.

19.     Financial information indicated that Graziano has two separate PayPal Accounts. One (xx7644) is in the name "Antony Graziano dba Fire Seed Bakery Supply." The other (xx2788) is in the name "Antony Graziano dba Quality Ingredients." GRAZIANO also has a Venmo account in the name "Antony Graziano." These three accounts have received a high volume of payments related to the sale of unwashed poppy seeds. Indeed, from September 2020 to February 24, 2021 the accounts have received payments totaling more than $280,000.

20.     Funds deposited from these payments were transferred to accounts at Idaho Credit Union. Those accounts – xx5983 and xx8134 – are business accounts for "Fire Seeds LLC." GRAZIANO is a signatory on both accounts.

21.     Financial information also shows payments made for unwashed poppy seeds via Facebook through https://www.facebook.com/pg/fireseedbakerysupply.com and shows those funds deposited into GRAZIANO's accounts at Idaho Central Credit Union. That Facebook page has since been disabled.

22.     Fire Seeds LLC was registered in Idaho with an address of 3676 North 2700 East, Twin Falls, ID 83301, on September 21, 2020 and dissolved on December 24, 2021. An application for reinstatement was filed on March 15, 2022.

23.     Based on the investigation to date, GRAZIANO owns and operates Fire Seeds LLC using the name Fire Seed Bakery Supply (FSB). Through that website, and others, GRAZIANO advertises and sells unwashed poppy seeds online through the website https://www.fireseedbakerysupply.com/.

24.     On July 5, 2022, case agents, in an undercover capacity, purchased one pound of unwashed poppy seeds from https://www.fireseedbakerysupply.com/. On July 11, 2022, the unwashed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a known P.O. box operated by FSB. Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the poppy seeds.  On July, 2022, the one-pound bag of unwashed poppy seeds from FSB was photographed and sent to the DEA Northcentral laboratory for testing.

25.     Based on my review of the website, https://www.fireseedbakerysupply.com/, GRAZIANO is selling unwashed poppy seeds for between $39 and $48 per pound. By contrast, one pound of Regal brand poppy seeds on https://www.webstaurantstore.com/ retails for $3.94. Even organic Frontier Co-Op poppy seeds sell on Amazon for between $7.25 and $13.89 per pound. Based on my training and experience, the significant mark-up in cost on FSB's website is likely due to the fact that the poppy seeds GRAZIANO is selling are intended to be used to extract opium alkaloids via the manufacture of poppy seed tea.

26.     A review of FSB's website's reviews confirm that the purchasers of FSB poppy seeds are buying them in order to extract opium alkaloids by making poppy seed tea. All of the reviews are listed as "verified," which further indicates that GRAZIANO is aware of the way in which his consumers intend to utilize the product he is selling.

27.     Further confirmation of GRAZIANO's knowledge of the way his product is being used is found on the "disclaimer" page of the FSB website. That disclaimer contains significant misspellings of words like "refered", "recomend", "responcible", "promise", and "guarentee." The disclaimer directs consumers that they "must wash the seeds before using!" and that they should "dispose of the water after cleaning." The existence of this disclaimer, in itself, indicates

6

that GRAZIANO is aware of the way the product he is selling can be used to create a controlled substance. In fact, the disclaimer page states: "Waring[sic]: Poppy seeds may contain opiate alkaloid residue."

28. Additional evidence of GRAZIANO's intent to sell unwashed poppy seeds for the purpose of allowing individuals to utilize those seeds to extract opium into a tea was found on GRAZIANO's Reddit profiles (*Poppy_seed_T, Traplord92, and Callmebigpoppy_187* .)

29. Reddit profiles *poppy_seed_T, traplord92, and callmebigpoppy_187* are believed to be operated by GRAZIANO, in part because they are all registered with the same email, antman.grazi@gmail.com, an email address known to belong to GRAZIANO.

30. The user of the profile *poppy_seed_T* is believed to be GRAZIANO. First, the user *poppy_seed_T* acknowledged that he is associated with Fire Seed Bakery. For example, in response to a Reddit post titled "Free Green Dot Pound One Time Only FSB" on the r/poppy subreddit, user *popy_seed_T* commented "I don't think you realize how many seeds I sell bruh. I actually started this biz with unemployment money if you want the real story…" .

31. Other Reddit users also identify the *poppy_seed_T* as belonging to "Antony," which is GRAZAIANO's first name. For example, in response to a comment made by *poppy_seed_T* on the r/poppyseed subreddit thread, reading "Derek is a shitty reseller. Fuck Derek", fellow Reddit user u/Derek0350 replied "Antony remind me what you do exactly? When you were first starting out you were reselling garbage with woodchips, I already have your distributor. I can see your product right now. Ok toodles."

7

32.     Finally, the user of ***poppy_seed_T*** stated he is from Twin Falls, Idaho, which was GRAZIANO's place of residence until July 2022.  The user of ***traplord92*** has also stated he lives in Idaho in multiple posts.  The user of ***traplord92*** stated in a post that he drives a 2021 TRX, which is a vehicle known by case agents to be driven by GRAZIANO.

33.     In using the account ***poppy_seed_T,*** GRAZIANO frequently commented on various subreddits about making and consuming "poppy seed tea", which is the illegal byproduct of unwashed poppy seeds and contains Schedule II controlled substances, such as opium alkaloids. For example, in response to Reddit post entitled "Tea Prep for a Couple Days" on the r/poppyseed subreddit, ***poppy_seed_T*** responded "You'll dig em. Lots of PM [Plant Matter] as you can see lol very earthy favor and very effective!" and then included the flame and teacup icons/emojis.

34.     GRAZIANO also used the ***poppy_seed_T*** account to provide other Reddit users with instructions on how to make the illegal byproduct, poppy seed tea, from unwashed poppy seeds. For example, approximately one year ago, in response to Reddit user u/Grapery_apey's post asking for tips on how to make poppy seed tea, ***poppy_seed_T*** responded, "why does everyone make it so hard. Put some warm walk in a bottle and shake it for 2 min. Strain. Repeat 2X."

35.     Utilizing the ***traplord92*** account, GRAZIANO stated, "I've been doing it the same for years with room temp water and lemon…".  In the same thread GRAZIANO stated, "Typically I can do 3oz wash 2-3x and be set."   In a separate thread GRAZIANO explained, "Make concentrated tea, dehydrate said tea and add a couple ml of water make it gooey, pull through a cotton."

36.     Operating the ***traplord92*** account, GRAZIANO stated, " I'm working on getting my own stock in…. fuck this drought Imma make it rain and the FDA can eat my dick.  I'm carry seeds and kratom and maybe even etizolam."  In a later thread GRAZIANO stated, "DM me, but

8

amazon and eBay have been putting a stop to it (unwashed poppy seeds) after a kid died from SN seeds."

37.     Using the ***poppy_seed_T*** account, GRAZIANO also provided other Reddit users with discount codes to purchase unwashed poppy seeds from his business, Fire Seed Bakery Supply.

38.     Utilizing the ***traplord92*** account, GRAZIANO commented on multiple reddit threads for users to direct message him.  A sample of ***traplord92's*** posts included the following statements: "Dm me I'll get you the dirty seeds…", "Dm me I got you…", "Hmu ive had no problem getting em in from hood suppliers, made me wanna start a site that offers more variety…", "…Found a legit bull supplier on these and I think I wanna make a store that does people good!...", "…That's about the price Imma sell for though, maybe $40-50 with free shipping and better discounts in bulk…"

39.     Using the ***callmebigpoppy_187*** account, GRAZIANO stated, "…FSB is stronger than ever and not a reseller, we buy truck loads at a time just like everyone else.  And we have multiple stores now so whether you know it or not, you're most likely buying from me!  Also did you guys know we all use the same distributor?"

40.     Indeed, GRAZIANO, using the ***poppy_seed_T, traplord92, and callmebigpoppy_187*** account frequently engaged with the r/poppyseed subreddit which is "dedicated to the consumption of poppy seed tea" which is an illegal byproduct of unwashed poppy seeds.

41.     The ***poppy_seed_T*** account user also admitted, in a subreddit comment, to personally manufacturing and consuming poppy seed tea from the unwashed poppy seeds for "pain management."

9

42.     Based on these uses of the ***poppy_seed_T, traplord92, and callmebigpoppy_187***

account, there is probable cause to believe that evidence sought for in Exhibits A and B will

contain evidence of criminal activity, specifically evidence that GRAZIANO is selling unwashed

poppy seeds which he knows contain illegal opium alkaloids and that he is doing so with the

intent that the seeds be used to illegally manufacture Schedule II controlled substances.

43.     A preservation request for the ***poppy_seed_T*** user account was sent to Reddit.com

on July 15, 2022.  An updated preservation request for the ***traplord92, and callmebigpoppy_187***

user accounts were sent to Reddit.com on July 26, 2022.

## BACKGROUND CONCERNING REDDIT[1]

44.     Reddit operates several products and services, including Reddit.com, associated

mobile applications, and Redditgifts.com. The most popular product is Reddit.com, an online

forum where people can create communities (known as "subreddits") to communicate. Each

subreddit has its own page, subject matter, users, and volunteer moderators (also known as

"mods"). Users can share content by publishing stories, links, and/or media (called "posts") to a

subreddit, and other users can comment on those posts. Users can also "upvote" or "downvote"

comments and/or posts. The number of upvotes and downvotes a post receives helps determine its

position within the subreddit.

45.     Reddit.com users are not required to provide their name or contact information

(including email address), though users can choose to provide their email address. Reddit does not

automatically verify the information provided by its users, though users may choose to verify their

email address.

---

[1] The information in this section is based on information published by Reddit on its website, including, but not limited
to, the following document and webpages: "Guidelines for Law Enforcement" available at
https://www.redditinc.com/policies/guideline-for-law-enforcement.

46.     Reddit allows user to communicate through public and non-public comments and communications. This includes non-public messages/communications between users, information about a user's votes; and posts, comments, and other information regarding the substance of a user's communications on non-public subreddits.

47.     Reddit.com users are not required to provide their name or contact information (including email address), though users can choose to provide their email address. Reddit does not automatically verify the information provided by its users, though users may choose to verify their email address.

48.     Reddit may collect several categories of information from users. Those include:

    a.   Basic subscriber Information, which includes the username/subscriber identity, IP logs (including registration IP), the user's name (if any), and email address (if any);

    b.   Other non-content records about the user or the user's conduct on Reddit,  including the user preferences and communication headers;

    c.   Content of Communications (public), including posts, comments, and other information regarding the substance of a user's publicly available communications; and

    d.   Content of Communications (non-public), including non-public messages/communications between users, information about a user's votes; and posts, comments, and other information regarding the substance of a user's communications on non-public subreddits.

49.     In my training and experience, evidence of who was using a Reddit account and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above.  This evidence may establish the "who, what, why, when,

where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. For example, the data will demonstrate whether GRAZIANO was the user of the Reddit account, may substantiate GRAZIANO's knowledge that his product, unwashed poppyseeds, was being used to illegally manufacture a controlled substance, and may provide additional information about GRAZIANO's business and distribution of the unwashed poppyseeds.

50. Based on my training and experience, direct messages, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate the offenses under investigation. Thus, stored communications and files connected to a Reddit account may provide direct evidence of the offenses under investigation and can also lead to the identification of co-conspirators and instrumentalities of the crimes under investigation. For example, evidence in this case indicates that GRAZIANO was communicating with others utilizing the Reddit profile for which records are being sought, the substance of his communications will provide evidence of the crimes under investigation.

51. In some cases, Reddit users will communicate directly with a provider about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

52. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Reddit can indicate who has used or controlled the account. account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, messaging logs, documents,

and photos and videos (and the data associated with the foregoing, such as geolocation, date and time) may be evidence of who used or controlled the account at a relevant time. Similarly, device identifiers and IP addresses can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation.

53.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offenses under investigation. For example, information on the account may indicate the owner's motive and intent to commit a crime (*e.g.*, information indicating a plan to commit a crime), or consciousness of guilt (*e.g.*, deleting account information in an effort to conceal evidence from law enforcement).

54.     Other information connected to the use of an account may lead to the discovery of additional evidence. For example, accounts are often assigned or associated with additional identifiers such as account numbers, advertising IDs, cookies, and third-party platform subscriber identities. This information may help establish attribution, identify and link criminal activity across platforms, and reveal additional sources of evidence.

55.     Therefore, Reddit servers are likely to contain stored electronic communications and information concerning subscribers and their use of Reddit. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

56.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Reddit to disclose to the government copies of the records and other information (including

Case 2:22-mj-00520-SCD   Filed 07/29/22   Page 22 of 31   Document 1

the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B

## **CONCLUSION**

57.     Based on the forgoing, I request that the Court issue the proposed search warrant.

58.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving the warrant on Reddit. Because the warrant will be served on Reddit, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

14

**ATTACHMENT A**

**Property to Be Searched**

This warrant applies to information associated with Reddit accounts **poppy_seed_T, traplord92, and callmebigpoppy_187**, https://www.reddit.com/user/poppy_seed_T/ , https://www.reddit.com/user/traplord92/ , https://www.reddit.com/user/callmebigpoppy_187 (the "Accounts") that are stored at premises owned, maintained, controlled, or operated by Reddit, Inc., a company headquartered at 548 Market Street, #16093, San Francisco, CA 94104-5401.

15

# ATTACHMENT B

## Particular Things to be Seized

**I.** **Information to be disclosed by Reddit, Inc. ("the Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any messages, records, files, logs, or information that have been deleted but are still available to the Provider, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose the following information to the government for each account or identifier listed in Attachment A:

A. All contact and personal identifying information, including for user IDs: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

B. Additional Reddit.com accounts that were registered to the email address and/or phone number(s) utilized to establish the account;

C. All usernames (past and current) and the date and time each username was active, all associated accounts (including those linked by machine cookie, IP address, email address, or any other account or device identifier), and all records or other information about connections with third-party websites and mobile apps (whether active, expired, or removed);

D. All activity logs for the account and all other documents showing the user's posts, comments, and other Reddit activities;

E. All photos and videos uploaded or received by that user ID, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos;

F. All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Reddit user identification numbers; groups and networks of which the user is a member, including the groups' Reddit group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Reddit applications;

16

G. All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

H. All records and/or contents of all posts, including the content of all posts, comments, and subreddits created, drafted, favorited/liked, upvoted/downvoted, or reposted by the Account, and all associated multimedia, metadata, and logs, including deleted comments and messages deleted by the user or the moderator;

I. All records and/or contents of all messages sent from, received by, stored in draft form in, or otherwise associated with the Account, including all attachments, multimedia, header information, metadata, and logs, including any deleted messages deleted by the user or the moderator;

J. All "check ins" and other location information;

K. All IP logs, including all records of the IP addresses that logged into the account;

L. All records of the account's usage of the "Like" feature, including all Reddit posts and all non-Reddit webpages and content that the user has "liked";

M. All information about the Reddit pages that the account is or was a "fan" of;

N. All past and present lists of friends created by the account;

O. All records of Reddit searches performed by the account ;

P. All information about the user's access and use of Reddit Marketplace;

Q. The types of service utilized by the user;

R. The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

S. All privacy settings and other account settings, including privacy settings for individual Reddit posts and activities, and all records showing which Reddit users have been blocked by the account;

T. All records pertaining to communications between Reddit and any person regarding the user or the user's Reddit account, including contacts with support services and records of actions taken.

U. All other content, records, and other information relating to all other interactions between the Account and other Reddit users including but not limited to:

17

1.    All users the Account has followed, unfollowed, muted, unmuted, blocked, or unblocked, and all users who have followed, unfollowed, muted, unmuted, blocked, or unblocked the Account;

2.    All contacts and related sync information; and

3.    All associated logs and metadata;

V.  All other content, records, and other information relating to the use of the Account, including but not limited to:

   a.   All data and information associated with the profile page, including photographs, "bios," and profile backgrounds and themes;

   b.   All multimedia uploaded to, or otherwise associated with, the Account;

   c.   All records of searches performed by the Account

   d.   All location information and location data collected from the Account.

Reddit is hereby ordered to disclose the above information to the government within **14 days** of

issuance of this warrant.

## II.  Information to be seized by the government

All information described above in Section I that constitutes evidence, and/or

instrumentalities of violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846, those violations

involving ANTONY GRAZIANO, including, for each account listed in Attachment A,

information pertaining to the following matters:

(a)  Communication between u/poppy_seed_T and the r/poppyseed subreddit, communication between u/poppy_seed_T all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(b)  Communication between u/trapdaddy92 and the r/poppyseed subreddit, communication between u/trapdaddy92 all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(c)  Communication between u/callmebigpoppy_187 and the r/poppyseed subreddit, communication between u/callmebigpoppy_187 all other subreddits and Reddit users demonstrating Graziano's knowledge that his product of unwashed poppyseeds was being used to manufacture a controlled substance and/or to create poppy seed tea;

(d)  Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(e)  Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(f)  The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

(g)  The identity of the person(s) who communicated with the Account about matters relating to the possession of unwashed poppyseeds, the plan to manufacture those seeds into an illegal controlled substance, the plan to sell those unwashed poppyseeds with the intention that the buyers use them to manufacture and illegal controlled substance, and the records that help reveal their approximate whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Reddit, Inc. ("Reddit")), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Reddit. The attached records consist of _____ [[**GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)**]]. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Reddit, and they were made by Reddit as a regular practice; and

b. such records were generated by Reddit's electronic process or system that produces an accurate result, to wit:

1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Reddit in a manner to ensure that they are true duplicates of the original records; and

2. the process or system is regularly verified by Reddit, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____     _____
Date                                Signature